**Carmelita Lapitan ASUNCION, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–73226.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 22, 2008.*

Filed Aug. 7, 2008.

Audra R. Behne, Esquire, Law Office of Audra R. Behne, A Professional Corporation, Sherman Oaks, CA, for Petitioner.

CAC–District, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, U.S. Department of Justice, Washington, DC, for Respondent.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Carmelita Lapitan Asuncion, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") decision denying her a continuance. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo claims of due process violations, *Sandoval–Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir.2008), and we deny the petition for review.

The agency did not err in denying Asuncion's motion for a continuance because the IJ previously granted a six-month continuance and Asuncion's eligibility for an S Visa remained speculative at the time of her March 17, 2005 hearing. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (to prevail on a due process challenge, an individual must show error and substantial prejudice); *see also Sandoval–Luna*, 526 F.3d at 1247 (no prejudice where IJ denied a continuance because relief was only speculatively available).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

